1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Don J. Foty
Texas State Bar No. 24050022
**KENNEDY HODGES, LLP**
4409 Montrose Blvd., Ste. 200
Houston, Texas 77006
Telephone:  713-523-0001
Facsimile:  713-523-1116
dfoty@kennedyhodges.com
*Attorney for Plaintiff*

**LOCAL COUNSEL:**
Michelle R. Matheson #019568
**MATHESON & MATHESON, P.L.C.**
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
**E-Service:** reception@mathesonlegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Clinton Lund, Individually and On Behalf of All Others Similarly Situated; | Case No.: 3:16-cv-08193-DLR |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Dean's Safety Consultants, Inc.; | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff Clinton Lund and Defendant Dean's Safety Consultants, Inc. file this Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) and would respectfully show the Court the following:

I.

1.     On August 26, 2016, Plaintiff Lund filed his Original Complaint. (Doc. 1).

2.     Defendant has been served with process and filed an Answer on November 23, 2016. (Doc. 14).

3.     This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4.     A receiver has not been appointed in this case.

5.     This case is not governed by any federal statute that requires a court order for dismissal of the case.

6.     Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7.     This dismissal is with prejudice.

8.     All parties who have appeared stipulate to this dismissal.

9.     All costs and fees accrued to date shall borne by the party incurring the same.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: /s/ *Don J. Foty*
   Don J. Foty
   DFoty@kennedyhodges.com
   State Bar No. 24050022
   KENNEDY HODGES, L.L.P.
   4409 Montrose Blvd, Suite 200
   Houston, TX 77006
   Telephone: (713) 523-0001
   Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOCAL COUNSEL:**
Michelle R. Matheson #019568
**MATHESON & MATHESON, P.L.C.**
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
**E-Service:** reception@mathesonlegal.com

AGREED AS TO FORM AND SUBSTANCE:

SHERMAN & HOWARD, LLC

By: /s/ John Alan Doran
John Alan Doran
Lori Wright Keffer
Matthew Albert Hesketh
SHERMAN & HOWARD, LLC
7033 E Greenway Pkwy., Suite 250
Scottsdale, Arizona 85254
Telephone: (480) 624-2710
Facsimile: (480) 624-2029

KELLY R. MCCABE, P.C.
Kelly R. McCabe
22 E. Main Street
Cortez, Colorado 81321
Telephone: (970) 565-7209

*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that I filed this document through the Court's CM/ECF system on February 15, 2017 which will serve a true copy on all parties of record by electronic mail.

*/s/ Don J. Foty*
Don J. Foty