# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clinton Lund, | No. CV-16-08193-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Dean's Safety Consultants Incorporated, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation of Dismissal. (Doc. 25.) For good cause shown,

**IT IS ORDERED** that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 16th day of February, 2017.

Douglas L. Rayes
United States District Judge